# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 18, 2026

Yanni Chen
Ballard Spahr, LLP
1909 K ST NW FL 12
WASHINGTON, DC 20006

Alexandra S. Dudding
Ballard Spahr, LLP
1675 BROADWAY FL 19
NEW YORK, NY 10019

Maya Gandhi
Ballard Spahr, LLP
1909 K ST NW FL 12
WASHINGTON, DC 20006

Richard William Miller
Ballard Spahr LLP
999 PEACHTREE ST STE 1600
ATLANTA, GA 30309-4471

Maxwell Mishkin
Ballard Spahr, LLP
1909 K ST NW FL 12
WASHINGTON, DC 20006

Charles David Tobin
Ballard Spahr, LLP
1909 K ST NW FL 12
WASHINGTON, DC 20006

Appeal Number: 26-14259-H
Case Style: In re: British Broadcasting Corporation
District Court Docket No: 1:25-cv-25894-JTK

## PETITION FOR WRIT DOCKETING NOTICE

Your petition for a writ of mandamus, a writ of prohibition, or an extraordinary writ has been filed.
Please use the appeal number for all filings in this Court.

Web-Based CIP
Only parties represented by counsel must complete the web-based Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed. See 11th Cir. R. 26.1-1(b).

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party’s or attorney’s addresses during the pendency of the case. Every pro se party and attorney registered to use the ECF system has a continuing obligation to notify the PACER Service Center of any changes to the party's or attorney's addresses. See 11th Cir. R. 25-7.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

WRIT - Notice of Docketing_No Deficiency