No. ___________

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

IN RE THE BRITISH BROADCASTING CORPORATION,

*Petitioner*.

On Petition for Writ of Mandamus
to the United States District Court
for the Southern District of Florida
No. 1:25-cv-25894-JTK-EAL

---

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

---

Charles D. Tobin
Richard W. Miller
Maxwell S. Mishkin
Maya D. Gandhi
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
millerrw@ballardspahr.com
mishkinm@ballardspahr.com
gandhim@ballardspahr.com

*Counsel for Petitioner British Broadcasting Corporation*

**CERTIFICATE OF INTERESTED PERSONS &**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, Petitioner the British Broadcasting Corporation (the "BBC") certifies that the following have an interest in the outcome of this mandamus petition.

1. Ballard Spahr LLP
2. British Broadcasting Corporation
3. Brito, Alejandro
4. Brito PLLC
5. Chen, Yanni
6. Corp, Ian Michael
7. Dudding, Sasha (Alexandra)
8. Epstein, Daniel
9. Epstein & Co.
10. Gandhi, Maya D.
11. Garcia, Jalaine
12. Kuntz, Hon. Jeffrey T.
13. Mena, Michael O.
14. Miller, Richard W.
15. Mishkin, Maxwell S.

16. Paltzik, Edward Andrew

17. Taylor Dykema

18. Tobin, Charles D.

19. Trump, Donald J.

The BBC further certifies that it has no parent corporation and that no publicly held corporation owns 10 percent or more of its stock.

Dated: November 17, 2026

Respectfully submitted,

By: _/s/ Charles D. Tobin_

Charles D. Tobin
Richard W. Miller
Maxwell S. Mishkin
Maya D. Gandhi
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
millerrw@ballardspahr.com
mishkinm@ballardspahr.com
gandhim@ballardspahr.com

*Counsel for Petitioner British Broadcasting Corporation*